Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                      Case No.:  16−32580−ABA
                      Chapter:  7
                      Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Glenn P. Mangano | Veronica J. Mangano |
| 27 Cedar Meadow Drive | 27 Cedar Meadow Drive |
| Cape May Court House, NJ 08210 | Cape May Court House, NJ 08210 |

Social Security No.:
  xxx−xx−4512                                           xxx−xx−1644

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Thomas J Subranni is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: April 12, 2017                      Andrew B. Altenburg Jr.
                                              Judge, United States Bankruptcy Court